%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __HSI/Commerce__

City __Beverly, MA__

County __Suffolk__

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. __19-10214__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-6107-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Alex Yun Cheong Yue__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) 9723 Cortada Street, South El Monte, California 91733__

Birth date (Yr only): __1951__   SSN (last4#): __5201__   Sex __M__   Race: _____   Nationality: __U.S.__

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __George P. Varghese__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 25, 2019__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alex Yun Cheong Yue

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371; 50 USC 1705 | Conspiracy to Commit Export Violations | 1 |
| Set 2 | 50 USC 1705 | Unlawful Exports from the U.S. to Hong Kong | 2-3 |
| Set 3 | 18 USC 554 | Smuggling | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI/Commerce

**City** Beverly, MA    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.    Case No. 19-10214
Same Defendant    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number 19-6107-MPK
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Wai Kay Victor Zee    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address (City & State): Flat E, 20F, Tower 3 The Harbourside, 1 Austin Rd West, Tsim Sha Tsui, Kowloon, Hong Kong

Birth date (Yr only): 1963    SSN (last4#):    Sex: M    Race:    Nationality: Chinese

**Defense Counsel if known:**    Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA: George P. Varghese    Bar Number if applicable:

Interpreter: ☐ Yes ☑ No    List language and/or dialect:

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of    in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    on

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 25, 2019    Signature of AUSA: [signature]

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wai Kay Victor Zee

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371; 50 USC 1705 | Conspiracy to Commit Export Violations | 1 |
| Set 2 | 50 USC 1705 | Unlawful Exports from the U.S. to Hong Kong | 2-3 |
| Set 3 | 18 USC 554 | Smuggling | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **HSI/Commerce**

City **Beverly, MA**   Related Case Information:

County **Suffolk**   Superseding Ind./ Inf. _____   Case No. **19-10214**
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **19-6107-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Premium Tech Systems Ltd.**   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) **Room 1107, 11/F, Apec Plaza, 49 Hoi Yuen Road, Kwun Tong, Hong Kong**

Birth date (Yr only): ___  SSN (last4#): ___  Sex ___  Race: ___  Nationality: ___

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **George P. Varghese**   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **June 25, 2019**   Signature of AUSA: _____

SEALED

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Premium Tech Systems Ltd.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371; 50 USC 1705 | Conspiracy to Commit Export Violations | 1 |
| Set 2 | 50 USC 1705 | Unlawful Exports from the U.S. to Hong Kong | 2-3 |
| Set 3 | 18 USC 554 | Smuggling | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013